UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

                Plaintiff,                     CASE NO.: 1:19-cv-00293 (LTS)

v.

VIVI BUBBLE TEA, INC.,  230 EAST 14TH
STREET LLC,  and 14th STREET BUBBLE TEA
SHOP INC.
  ------------------------~~Defendants.~~------------------------
                    X

## <u>VOLUNTARY DISCONTINUANCE</u>

Plaintiff, by and through the undersigned counsel, hereby notifies This Court  that this action against co-defendants VIVI BUBBLE TEA INC and  14th STREET BUBBLE TEA SHOP INC. only,  is Voluntarily Dismissed pursuant to FRCP Rule 41(A)(i) with prejudice.

      DATED : New York, New York      Respectfully Submitted,
         May 8, 2020

**LAW OFFICES OF PETER SVERD, PLLC**

By: *Peter Sverd*

Peter Sverd, Esq. (PS0406)
*Attorneys for Plaintiff*
225 Broadway, Ste. 613
New York, NY 10007
PH:    (646) 751-8743
Psverd@sverdlawfirm.com

In light of the foregoing voluntary dismissal, and the case having been resolved as against all other defendants, the Clerk of Court is requested to close this case.

SO ORDERED.
/a/ Laura Taylor Swain, USDJ 5/11/2020